# MEMORANDUM DECISIONS

BENITO v. STATE. (No. 3800.) (Court of Criminal Appeals of Texas. Nov. 3, 1915.) Appeal from Ellis County Court; W. M. Tidwell, Judge. Benito, a Mexican, was convicted of gaming, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of gaming, and his punishment assessed at a fine of $10. Neither a statement of facts nor any bills of exception accompany the record. The information charges the offense of which appellant was convicted. No ground is stated in the motion for a new trial we can review in the absence of the testimony. The judgment is affirmed.

---

CASE v. STATE. (No. 3597.) (Court of Criminal Appeals of Texas. June 16, 1915. Rehearing Denied Oct. 13, 1915.) Appeal from District Court, Rains County; William Pierson, Judge. Buck Case was convicted of rape, and he appeals. Affirmed. W. W. Berzett, of Emory, and Campbell & Mansell, of Alba, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of rape, and assessed the lowest punishment. There is no bill of exceptions nor statement of facts. In the absence of these there is no question which can be reviewed. The judgment is affirmed.

---

GOODMAN v. STATE. (No. 3688.) (Court of Criminal Appeals of Texas. Oct. 13, 1915.) Appeal from Criminal District Court, Dallas County; W. L. Crawford, Jr., Judge. Bertha Goodman was convicted of robbery, and she appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from a conviction for robbery, with 25 years in the penitentiary assessed as her punishment. There is neither a bill of exceptions nor a statement of facts. Nothing is raised which can be reviewed in the absence of these. The judgment is therefore affirmed.

---

JOHN v. STATE. (No. 3797.) (Court of Criminal Appeals of Texas. Nov. 3, 1915.) Appeal from Ellis County Court; W. M. Tidwell, Judge. John, a Mexican, was convicted of gaming, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. The appellant in this case was fined $10 for gaming, the lowest penalty prescribed by law. There is neither a statement of facts nor a bill of exceptions in this case. No question is raised which can be reviewed in the absence of these. The judgment therefore is affirmed.

---

MICKEY v. STATE. (No. 3807.) (Court of Criminal Appeals of Texas. Nov. 10, 1915.) Appeal from District Court, Bexar County; W. S. Anderson, Judge. Richard Mickey was convicted of arson, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of arson, and his punishment assessed at 5 years in the penitentiary. There is no statement of facts and no bill of exceptions. In the absence of these nothing is presented which we can review. The judgment is affirmed.

---

MIKE v. STATE. (No. 3796.) (Court of Criminal Appeals of Texas. Nov. 3, 1915.) Appeal from Ellis County Court; W. M. Tidwell, Judge. Mike, a Mexican, was convicted of gaming, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. The appellant in this case was fined $10 for gaming, the lowest penalty prescribed by law. There is neither a statement of facts nor a bill of exceptions in this case. No question is raised which can be reviewed in the absence of these. The judgment therefore is affirmed.

---

PELATA v. STATE. (No. 3798.) (Court of Criminal Appeals of Texas. Nov. 3, 1915.) Appeal from Ellis County Court; W. M. Tidwell, Judge. Pelata, a Mexican, was convicted of gaming, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of gaming, and his punishment assessed at a fine of $10. Neither a statement of facts nor any bills of exception accompany the record. The information charges the offense of which appellant was convicted. No ground is stated in the motion for a new trial we can review in the absence of the testimony. The judgment is affirmed.

---

RODREGUEZ v. STATE. (No. 3801.) (Court of Criminal Appeals of Texas. Nov. 3, 1915.) Appeal from Ellis County Court; W. M. Tidwell, Judge. Jose Rodreguez was convicted of gaming, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of gaming, and his punishment assessed at a fine of $10. No statement of facts or bill of exceptions accompany the record. The information charges the offense of which appellant was convicted. No ground is stated in the motion for a new trial we can review in the absence of any testimony. The judgment is affirmed.

---

SEGUIN v. STATE. (No. 3694.) (Court of Criminal Appeals of Texas. Oct. 13, 1915.) Appeal from Bexar County Court; Nelson Lytle, Judge. Mariano Seguin was convicted of unlawfully carrying a pistol, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. From a conviction for unlawfully carrying a pistol, with the lowest penalty assessed, this appeal is prosecuted. There is no statement of facts or bill of exceptions, and nothing is raised in the record which we can review. The judgment is therefore affirmed.

---

SLOAN v. STATE. (No. 3678.) (Court of Criminal Appeals of Texas. Oct. 13, 1915.) Appeal from Johnson County Court; B. Jay Jackson, Judge. Henry Sloan was convicted of making a sale of intoxicating liquors in prohibition territory, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of making a sale of intoxicating liquors in prohibition territory. The record contains neither a statement of facts nor any bills of excep-